# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                  :
KRZYSZTOF SONTAG                        :        CHAPTER 13
a/k/a DRYSZTOF C. SONTAG                :
a/k/a KRYSZTOF C. SONTAG, SR.           :        CASE NO.:   1-23-00465
PATRICIA ANN SONTAG                     :
a/k/a PATRICIA A. SONTAG,               :
                          Debtors       :

## AMENDMENT TO SCHEDULE F
## (UNSECURED/NON PRIORITY CLAIMS)

Please add the following creditor to Schedule F.

Creditor                                                    Amount
USB Payment Processing NE, Inc
8501 Lasalle Road, Suite 300
Towson, MD 21286                                            $1,990.00

Additional Notice to:
Samuel Blibaum, Esquire
BLIBAUM & ASSOC. P.A.
40 York Road, Suite 300
Towson, MD 21204

Dated: 4/20/2023

_____
Krzysztof Sontag

_____
Patricia A. Sontag

Doc ID: 44f3c36318895d450cef6da61a9d0d5a1125e24c

## CERTIFICATE OF MAILING

I, Candith Y. Hill, Paralegal, of Imblum Law Offices, P.C., certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the _25_ day of _April_, 2023, I served a copy of the within Amendment to Schedule F, along with the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines in this proceeding, on (name and address):

Chapter 13 Trustee
Via E-Service

USB Payment Processing NE, Inc
8501 Lasalle Road, Suite 300
Towson, MD 21286

Samuel Blibaum, Esquire
BLIBAUM & ASSOC. P.A.
40 York Road, Suite 300
Towson, MD 21204

the said Creditors in this proceeding by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on ___4/25/2025___          ___Candith Y. Hill___
            (Date)                     (Signature)

Imblum Law Offices, P.C., 4615 Derry Street,, Harrisburg, Pennsylvania 17111