United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Krzysztof Sontag  
Patricia Ann Sontag  
    Debtors

Case No. 23-00465-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: May 17, 2023      Form ID: ntnew341      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Krzysztof Sontag, Patricia Ann Sontag, 35 Anthony Avenue, Hanover, PA 17331-8517 |
| cr | + | WBL SPO II LLC, c/o Jessica M. Gulash, Esq., 450 N. Narberth Avenue, Suite 200, Narberth, PA 19072-1822 |
| 5525683 | + | College Square Development LLC, 2328 W Joppa Rd, Ste 200, Lutherville Timonium, MD 21093-4674 |
| 5525687 | + | Corporate Turnaround, 95 N State Rt 17, Suite 310, Paramus, NJ 07652-2626 |
| 5525690 | + | GGCAL RSC LLC, 10096 Red Run Blvd Ste 100, Owings Mills, MD 21117-4632 |
| 5525693 | + | LUNDY BELDECOS & MILBY PC, 450 N Narberth Ave, Ste 200, Narberth, PA 19072-1822 |
| 5525694 | + | LVNV Funding, c/o Patenaude & Felix, A.P.C., 2400 Ansys Drive, Ste 402-B, Canonsburg, PA 15317-0403 |
| 5525696 | | Marek Sontag, 5132 Wagon Shed Circle, Unit 5132, Owings Mills, MD 21117-6337 |
| 5533739 | + | Merchant Capital Group LLC, dba Greenbox Capital, Sprechman and Fisher, PA, 2775 Sunny Isles Blvd., Suite 100, Miami, FL 33160-4078 |
| 5525699 | + | Patenaude & Felix, APC, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5525704 | + | SAGAL FILBERT QUASNEY & BETTEN PA, 600 Washington Ave #300, Towson, MD 21204-3916 |
| 5536567 | + | Samuel Blibaum Esquire, BLIBAUM & ASSOC P.A., 40 York Rd Ste 300, Towson MD 21204-5266 |
| 5536566 | | USB Payment Processing NE Inc, 8501 Lasalle Rd, Ste 300, Towson MD 21286 |
| 5527205 | + | WBL SPO II, LLC, c/o Jessica M. Gulash, Esquire, 450 N. Narberth Avenue, Suite 200, Narberth, PA 19072-1822 |
| 5525709 | + | WBL SPO II, LLC, c/o Digiscribe, 150 Clearbrook Rd. Ste 125, Elmsford, NY 10523-1147 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2023 18:43:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P.O. Box 99605, Arlington, TX 76096-9605 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 17 2023 18:45:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5531032 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2023 18:43:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5525679 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2023 18:43:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 5525680 | | Email/Text: rmcollections@belco.org | May 17 2023 18:42:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5525686 | | Email/Text: cfcbackoffice@contfinco.com | May 17 2023 18:43:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 5525681 | + | Email/Text: caineweiner@ebn.phinsolutions.com | May 17 2023 18:43:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5525682 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2023 18:45:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5534850 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2023 18:45:24 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5525684 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recipient | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | May 17 2023 18:43:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5525685 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2023 18:43:00 | Commenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |
| 5525688 | + | Email/PDF: creditonebknotifications@resurgent.com | May 17 2023 18:45:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5527254 | | Email/Text: mrdiscen@discover.com | May 17 2023 18:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5525689 | + | Email/Text: mrdiscen@discover.com | May 17 2023 18:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5525691 | + | Email/Text: Bankruptcy@ICSystem.com | May 17 2023 18:43:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 5525677 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2023 18:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5525692 | + | Email/Text: PBNCNotifications@peritusservices.com | May 17 2023 18:43:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5525695 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 18:45:30 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 5528463 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 18:45:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5534861 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5525697 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 18:43:00 | Midland Credit Mgmt, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5525698 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 18:43:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5525678 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2023 18:43:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5525700 | | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2023 18:43:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 5525701 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2023 18:45:31 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5531028 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2023 18:45:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5525702 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 17 2023 18:43:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 5527283 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2023 18:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5532852 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2023 18:43:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5525703 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 18:45:24 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5525705 | | Email/PDF: ais.sprint.ebn@aisinfo.com | May 17 2023 18:45:30 | Sprint, PO Box 8077, London, KY 40742 |
| 5525847 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2023 18:45:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5525706 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2023 18:45:31 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 5525707 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2023 18:45:24 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5541236 | + | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2023 18:43:00 | U.S. Bank National Association as Trustee, c/o PNC Bank, N.A., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg OH 45342-5421 |
| 5525708 | | Email/Text: bankruptcies@uplift.com | May 17 2023 18:43:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 2 Patricia Ann Sontag gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Krzysztof Sontag gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jessica Gulash | on behalf of Creditor WBL SPO II LLC jgulash@lbmlaw.com |
| Michael Patrick Farrington | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION AS TRUSTEE MASTR ALTERNATIVE LOAN TRUST 2003-8 MORTGAGE PASS THROUGH CERTIFICATES SERIES 2003-8 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Krzysztof Sontag,
aka Drysztof C Sontag, aka Krysztof C Sontag Sr,

**Debtor 1**

Patricia Ann Sontag,
aka Patricia A Sontag,

**Debtor 2**

Chapter 13

Case No. 1:23−bk−00465−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: June 22, 2023<br><br>Time: 12:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 17, 2023 |

ntnew341 (04/18)