Certificate Number: 16339-PAM-DE-037527756

Bankruptcy Case Number: 23-00465



16339-PAM-DE-037527756

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2023, at 9:22 o'clock PM EDT, Patricia Sontag completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 20, 2023

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor