IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| KRZYSZTOF SONTAG | : | CASE NO. 1:23-00465-HWV |
| aka DRYSTOF C. SONTAG | : | |
| aka KRYSZTOF C. SONTAG, SR | : | CHAPTER 13 |
| PATRICIA ANN SONTAG | : | |
| aka PATRICIA A. SONTAG | : | |
| Debtor/s | : | |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION AS | : | |
| TRUSTEE SUCCESSOR IN INTEREST TO | : | |
| WACHOVIA BANK NATIONAL | : | |
| ASSOCIATION AS TRUSTEE MASTR | : | |
| ALTERNATIVE LOAN TRUST 2003-8 | : | |
| MORTGAGE PASS THROUGH | : | |
| CERTIFICATES SERIES 2003-8 | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| KRZYSZTOF SONTAG | : | |
| aka DRYSZTOF C. SONTAG | : | |
| aka KRYSZTOF C. SONTAG, SR | : | |
| PATRICIA ANN SONTAG | : | |
| aka PATRICIA A. SONTAG | : | |
| Respondent/s | : | |

**DEBTORS' RESPONSE TO MOTION OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION AS TRUSTEE MASTR ALTERNATIVE LOAN TRUST 2003-8 MORTGAGE PASS THROUGH CERTIFICATES SERIES 2003-8 FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362**

**AND NOW,** come Debtors, Krzysztof Sontag and Patricia Ann Sontag, by and through their attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted in part and denied in part. Debtors have no knowledge. Strict proof is demanded.

2. Admitted.

3. Admitted.

4. Admitted in part and denied in part. Debtors have no knowledge as to the holder of the mortgage. Strict proof is demanded.

5. Admitted.

6. Admitted. Clients offer to make double payments from January 2024 through June 2024 to bring the post-petition arrearage current.

7. Admitted in part and denied in part. See response to paragraph 6.

8. Denied. At the time of the filing of the bankruptcy, the real estate was worth $455,750.00 in accordance with the market analysis attached to the Schedules. Movant holds a first mortgage on the real estate. The amount owed to Movant at the time of the filing of the bankruptcy was $125,629.74 in accordance with their Proof of Claim. Accordingly, there is an abundance of equity providing adequate protection to the Movant. Further, Debtors will make an offer in the near future to bring the post-petition arrears current.

9. Admitted in part and denied in part. If Movant proves that Debtors were behind on their post-petition payments at the time of the Motion for Relief, it is admitted that Movant is entitled to reasonable fees and costs. However, the amount of those fees and costs should be approved as part of the resolution of the Motion for Relief.

10. Admitted in part and denied in part. See response to paragraph 9.

Remainder of page intentionally left blank

**WHEREFORE**, Debtors respectfully request that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

_____
Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: 12/27/23

# CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION AS TRUSTEE MASTR ALTERNATIVE LOAN TRUST 2003-8 MORTGAGE PASS THROUGH CERTIFICATES SERIES 2003-8 FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

MICHAEL P. FARRINGTON, ESQUIRE
KML LAW GROUP, P.C.
COUNSEL FOR MOVANT
VIA E-SERVICE

                                              IMBLUM LAW OFFICE, P.C.

                                              *Carol V. Shay*
                                              Carol V. Shay, Paralegal
                                              4615 Derry Street
                                              Harrisburg, PA 17111
                                              (717) 238-5250
                                              Fax No. (717) 558-8990
                                              gary.imblum@imblumlaw.com
                                              For Debtors

DATED: 12/27/2023