# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:23-bk-00465 HWV |
|---|---|
| Krzysztof Sontag, aka Drysztof C Sontag, aka Krysztof C Sontag, Sr<br>Patricia Ann Sontag, aka Patricia A Sontag | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/11/2024, I did cause a copy of the following documents, described below,

Order Confirming Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/11/2024

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111
717 238 5250
sharlene.miller@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Krzysztof Sontag, aka Drysztof C Sontag, aka Krysztof C Sontag, Sr<br>Patricia Ann Sontag, aka Patricia A Sontag | CASE NO: 1:23-bk-00465 HWV<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 1/11/2024, a copy of the following documents, described below,

Order Confirming Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/11/2024



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Krzysztof Sontag,
aka Drysztof C Sontag, aka Krysztof C Sontag Sr,

**Debtor 1**

Patricia Ann Sontag,
aka Patricia A Sontag,

**Debtor 2**

Chapter 13

Case No. 1:23−bk−00465−HWV

# Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 29, 2023. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 10, 2024

orcnfpln(05/18)

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 123-BK-00465 HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>THU JAN 11 8-55-44 PST 2024 | AMERICREDIT FINANCIAL SERVICES INC DBA GM<br>PO BOX 99605<br>ARLINGTON TX 76096-9605 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| ~~EXCLUDE~~<br>~~(U)US BANK NATIONAL ASSOCIATION AS TRUSTEE SU~~ | UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N 6TH ST<br>HARRISBURG PA 17102-1104 | WBL SPO II LLC<br>CO JESSICA M GULASH ESQ<br>450 N NARBERTH AVENUE<br>SUITE 200<br>NARBERTH PA 19072-1822 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ | (P)AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AMERICREDITGM FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| (P)BELCO COMMUNITY CREDIT UNION<br>ATTN ATTN COLLECTIONS DEPARTMENT<br>449 EISENHOWER BLVD<br>HARRISBURG PA 17111-2301 | CAINE WEINER<br>ATTN BANKRUPTCY<br>5805 SEPULVEDA BLVD<br>SHERMAN OAKS CA 91411-2546 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | COLLEGE SQUARE DEVELOPMENT LLC<br>2328 W JOPPA RD<br>STE 200<br>LUTHERVILLE TIMONIUM MD 21093-4674 | COMENITY BANKWAYFAIR<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| COMMENITY BANK<br>PO BOX 659728<br>SAN ANTONIO TX 78265 | (P)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | CORPORATE TURNAROUND<br>95 N STATE RT 17<br>SUITE 310<br>PARAMUS NJ 07652-2626 |
| CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| GGCAL RSC LLC<br>10096 RED RUN BLVD STE 100<br>OWINGS MILLS MD 21117-4632 | IC SYSTEMS INC<br>ATTN BANKRUPTCY<br>PO BOX 64378<br>ST PAUL MN 55164-0378 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| KOHLSCAPITAL ONE<br>ATTN CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 | LUNDY BELDECOS MILBY PC<br>450 N NARBERTH AVE<br>STE 200<br>NARBERTH PA 19072-1822 | LVNV FUNDING<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LVNV FUNDING<br>CO PATENAUDE FELIX APC<br>2400 ANSYS DRIVE STE 402-B<br>CANONSBURG PA 15317-0403 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MAREK SONTAG<br>5132 WAGON SHED CIRCLE<br>UNIT 5132<br>OWINGS MILLS MD 21117-6337 |
| MERCHANT CAPITAL GROUP LLC<br>DBA GREENBOX CAPITAL<br>SPRECHMAN AND FISHER PA<br>2775 SUNNY ISLES BLVD SUITE 100<br>MIAMI FL 33160-4078 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | MIDLAND CREDIT MGMT<br>350 CAMINO DE LA REINA<br>SUITE 100<br>SAN DIEGO CA 92108-3007 |
| MIDLAND FUNDINGMIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO CA 92193-9069 | PA DEPT OF REVENUE<br>ATTN BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG PA 17128-0946 | (P)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| PATENAUDE FELIX APC<br>2400 ANSYS DRIVE SUITE 402B<br>CANONSBURG PA 15317-0403 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~EXCLUDE~~<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LI~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ |
| PROGRESSIVE<br>PO BOX 72470311<br>PHILADELPHIA PA 19170-0001 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GALAXY INTERNATIONAL PURCHASING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| RESURGENT CAPITAL SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 | SAGAL FILBERT QUASNEY BETTEN PA<br>600 WASHINGTON AVE 300<br>TOWSON MD 21204-3916 | SAMUEL BLIBAUM ESQUIRE<br>BLIBAUM ASSOC PA<br>40 YORK RD STE 300<br>TOWSON MD 21204-5266 |
| (P)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | SYNCHRONY BANKHHGREGG<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANKSAMS CLUB<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | US BANK NATIONAL ASSOCIATION AS TRUSTEE<br>CO PNC BANK NA<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DRIVE<br>MIAMISBURG OH 45342-5421 | USB PAYMENT PROCESSING NE INC<br>8501 LASALLE RD STE 300<br>TOWSON MD 21286 |
| (P)UPLIFT INC<br>5301 KIETZKE LN STE 200<br>RENO NV 89511-2083 | WBL SPO II LLC<br>CO DIGISCRIBE<br>150 CLEARBROOK RD STE 125<br>ELMSFORD NY 10523-1147 | WBL SPO II LLC<br>CO JESSICA M GULASH ESQUIRE<br>450 N NARBERTH AVENUE SUITE 200<br>NARBERTH PA 19072-1822 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE                                                                                DEBTOR

~~GARY J IMBLUM~~                       (P)JACK N  ZAHAROPOULOS              KRZYSZTOF SONTAG
~~IMBLUM LAW OFFICES, PC~~              ATTN CHAPTER 13 TRUSTEE               35 ANTHONY AVENUE
~~4615 DERRY STREET~~                   8125 ADAMS DRIVE SUITE A              HANOVER  PA 17331-8517
~~HARRISBURG, PA 17111-2660~~           HUMMELSTOWN PA 17036-8625


PATRICIA ANN SONTAG
35 ANTHONY AVENUE
HANOVER  PA 17331-8517
```