# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Krzysztof Sontag,
 aka Drysztof C Sontag, aka Krysztof C
 Sontag Sr
    Debtor 1

Patricia Ann Sontag,
 aka Patricia A Sontag
    Debtor 2

CHAPTER 13

CASE NO. 1:23-bk-00465-HWV

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that the attorney set forth below hereby appears as counsel for Belco Community Credit Union, pursuant to 11 U.S.C. §1109(b), 9010 of the Federal Rules of Bankruptcy Procedure, and 9010-1 of the Local Rules for the United States Bankruptcy Court for the Middle District of Pennsylvania. Kindly enter my appearance and index the same on the master mailing list.

                MARTSON LAW OFFICES

                /s/ *David W. Park*
                David W. Park, Esquire
                Attorney I.D. No. 315905
                10 East High Street
                Carlisle, PA 17013
                Telephone: (717) 243-3341
                Fax: (717) 243-1850
                E-mail: dpark@martsonlaw.com
                Attorneys for Belco Community Credit Union

Date: January 24, 2024