# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

February 8, 2024

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Krzysztof & Patricia Sontag
Chapter 13 - Bankruptcy Case No. 1:23-bk-00465

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

GGCAL RSC LLC
3904 BOSTON STREET
BALTIMORE MD 21224-5762

The Creditor's <u>previous</u> address was as follows:

GGCAL RSC LLC
10096 RED RUN BLVD STE 100
OWINGS MILLS MD 21117-4632

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm