IIN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  ) Case No. 1:23-bk-00465-HWV
Krzysztof Sontag  )
Patricia Ann Sontag  ) Chapter 13
  )
  )
  )

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND OTHER INTERESTED PARTIES:

Please take notice that the undersigned firm of attorneys is appearing in the above-referenced case for W BL SPO II, LLC, a creditor of the Debtors and party in interest in this proceeding.

The undersigned, on behalf of W BL SPO II, LLC, hereby requests that all notices and pleadings required to be given or served pursuant to the Bankruptcy Rules and any local rules governing notice, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Attn: Keri P. Ebeck
kebeck@bernsteinlaw.com

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

Respectfully submitted,
BERNSTEIN-BURKLEY, P.C.

/s/ Keri P. Ebeck
Keri P. Ebeck (PA 91298)
Attorney for Creditor
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
kebeck@bernsteinlaw.com

Case 1:23-bk-00465-HWV    Doc 82    Filed 05/14/24    Entered 05/14/24 19:38:57    Desc
Main Document    Page 1 of 1