IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Chapter 13 |
|---|---|
| KRYSZTOF C. SONTAG and PATRICIA SONTAG | No. 1:23-bk-00465-HWV |
| Debtors. | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdraw my appearance on behalf of Creditor WBL SPO II, LLC in the above-captioned matter.

                                      **LUNDY, BELDECOS & MILBY, P.C.**

Date: 5/29/2024        By:   /s/ Jessica M. Gulash
                                            **JESSICA M. GULASH, ESQUIRE**
                                            450 N. Narberth Avenue, Suite 200
                                            Narberth, PA 19072
                                            (610) 668-0772
                                            jgulash@lbmlaw.com