LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Krzysztof Sontag,
aka Drysztof C. Sontag, aka Krysztof C. Sontag Sr.
Patricia Ann Sontag
aka Patricia A. Sontag

CHAPTER 13

CASE NO. 1-23-bk-00465-HWV

**Debtor(s)**
Belco Community Credit Union

ADVERSARY NO. __-__ ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
Krzysztof Sontag,
aka Drysztof C. Sontag, aka Krysztof C. Sontag Sr.
Patricia Ann Sontag
aka Patricia A. Sontag

Nature of Proceeding: Motion for

Relief Re: 2018 Honda Pilot

**Defendant(s)/Respondent(s)**

Document #: 84, 85

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Both counsel for Debtors and counsel for Movant are waiting for a check to clear that was sent to the Trustee.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 6/6/24

Attorney for Debtors
Name: Gary J. Imblum, Esquire
Phone Number: 717-238-5250

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.