IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| KRZYSZTOF SONTAG | : | CASE NO. 1:23-bk-00465-HWV |
| aka DRYSZTOF C. SONTAG | : | |
| aka KRYSZTOF C. SONTAG SR | : | CHAPTER 13 |
| PATRICIA ANN SONTAG | : | |
| aka PATRICIA A. SONTAG | : | |
|     Debtors | : | |
| | : | |
| WBL SPO II, LLC | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| KRZYSZTOF SONTAG | : | |
| aka DRYSZTOF C. SONTAG | : | |
| aka KRYSZTOF C. SONTAG SR | : | |
| PATRICIA ANN SONTAG | : | |
| aka PATRICIA A. SONTAG | : | |
|     Respondents | : | |

**DEBTORS' RESPONSE TO MOTION OF
WBL SPO II, LLC
FOR RELIEF FROM THE AUTOMATIC STAY**

**AND NOW,** come Debtors, Krzysztof Sontag and Patricia Ann Sontag, by and through their attorney, Gary J. Imblum, and respectfully respond as follows:

THE PARTIES

1. Admitted.

2. Admitted.

JURISDICTION AND VENUE

3. Admitted.

FACTUAL BACKGROUND

4. Admitted.

5. Admitted in part and denied in part. The Mortgage, Assignment of Mortgage and Note all speak for themselves. Strict proof is demanded.

6. Admitted. Debtors provide for full payment through their confirmed Plan.

7. Admitted in part and denied in part. The exact payoff of the loan is unknown. Strict proof is demanded.

8. Admitted in part and denied in part. The Plan speaks for itself. Strict proof is demanded.

9. Admitted in part and denied in part. Debtors are paying the debt through the Chapter 13 Plan. Debtors were behind on payments to the Trustee. However, Debtors sent a payment of $10,800.00 to the Trustee on September 6, 2024. Said payment brings Debtors current with the Trustee through August 2024.

10. Admitted in part and denied in part. Debtors have no knowledge. Strict proof is demanded.

11. Admitted in part and denied in part. Schedule A/B speaks for itself. Strict proof is demanded.

12. Admitted in part and denied in part. Claim 21 speaks for itself. Strict proof is demanded.

13. Denied. Even when using Movant's figures, Debtors have approximately $55,000.00 of equity in the property.

14. Denied. See response to paragraph 9.

15. Denied. There is no reason why Rule 4001(a)(3) should not apply.

**WHEREFORE**, Debtors respectfully request that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

*/s/ Gary J. Imblum*
Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: 9/10/24

# CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF WBL SPO II, LLC FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

KERI P. EBECK, ESQUIRE
BERNSTEIN-BURKLEY, P.C.
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtors

DATED: 9/10/2024