| | |
|---|---|
| In re: | Case No. 23-00465-HWV |
| Krzysztof Sontag | Chapter 13 |
| Patricia Ann Sontag | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Nov 19, 2024      Form ID: ortext      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Patricia B. Jefferson, Miles & Stockbridge, P.C., 100 Light Street, 5th Floor, Baltimore, MD 21202-1153 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

**Name**      **Email Address**

David W. Park
     on behalf of Creditor Belco Community Credit Union dpark@martsonlaw.com teckenroad@martsonlaw.com

Denise E. Carlon
     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION AS TRUSTEE MASTR ALTERNATIVE LOAN TRUST 2003-8 MORTGAGE PASS THROUGH CERTIFICATES SERIES 2003-8 bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Gary J Imblum
     on behalf of Debtor 2 Patricia Ann Sontag gary.imblum@imblumlaw.com
     gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum
     on behalf of Debtor 1 Krzysztof Sontag gary.imblum@imblumlaw.com
     gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info

        ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos

        TWecf@pamd13trustee.com

Keri P Ebeck

        on behalf of Creditor WBL SPO II LLC kebeck@bernsteinlaw.com,
        btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P Ebeck

        on behalf of Creditor WBL SPO II LLC kebeck@bernsteinlaw.com
        btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

United States Trustee

        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Krzysztof Sontag
aka Drysztof C Sontag, aka Krysztof C Sontag Sr

**Debtor 1**

Patricia Ann Sontag
aka Patricia A Sontag

**Debtor 2**

Chapter: 13

Case number: 1:23−bk−00465−HWV

# ORDER

Proceeding Memo on 11/19/2024: Hearing on Motion to Appear pro hac vice held. Record made. Appearances: Gary Imblum. Order − Motion is denied without prejudice as improperly filed for the reasons stated on the record. IT IS SO ORDERED on 11/19/2024. /s/Henry W. Van Eck (RE: related document(s)96). (Wilson, Tonia)

Order Text Entries (Form ortext) (2/19)