IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| KRZYSZTOF SONTAG | : | CASE NO. 1:23-00465-HWV |
| aka DRYSZTOF C. SONTAG | : | |
| aka KRYSZTOF C. SONTAG, SR | : | CHAPTER 13 |
| PATRICIA ANN SONTAG | : | |
| aka PATRICIA A. SONTAG | : | |
|     Debtor/s | : | |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION AS | : | |
| TRUSTEE SUCCESSOR IN INTEREST TO | : | |
| WACHOVIA BANK NATIONAL | : | |
| ASSOCIATION AS TRUSTEE MASTR | : | |
| ALTERNATIVE LOAN TRUST 2003-8 | : | |
| MORTGAGE PASS THROUGH | : | |
| CERTIFICATES SERIES 2003-8 | : | |
|     Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| KRZYSZTOF SONTAG | : | |
| aka DRYSZTOF C. SONTAG | : | |
| aka KRYSZTOF C. SONTAG, SR | : | |
| PATRICIA ANN SONTAG | : | |
| aka PATRICIA A. SONTAG | : | |
|     Respondent/s | : | |

**ORDER**

Upon consideration of Debtors' Motion for Reconsideration of Order Granting Relief From the Automatic Stay as to U.S. Bank National Association as Trustee Successor in Interest to Wachovia Bank National Association as Trustee Mastr Alternative Loan Trust 2003-8 Mortgage Pass Through Certificates Series 2003-8,

**IT IS HEREBY ORDERED AND DECREED** that the Automatic Stay is reimposed as to U.S. Bank National Association as Trustee Successor in Interest to Wachovia Bank National Association as Trustee Mastr Alternative Loan Trust 2003-8 Mortgage Pass Through Certificates Series 2003-8. The Stipulation between the parties on February 19, 2024 entered at Docket Number 77 and approved by Order of Court at Docket Number 78 shall remain in full force.