UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    KRZYSZTOF SONTAG
      and
      PATRICIA SONTAG
                         Case No.1:23-00465-HWV
      Debtors                  Chapter 13

_____

COLLEGE SQUARE DEVELOPMENT, LLC

        Movant

    v.

KRZYZTOF SONTAG

        Respondent

**WITHDRAWAL OF TRUSTEE'S OBJECTION TO CONSENT ORDER RESOLVING MOTION OF COLLEGE SQUARE DEVELOPMENT, LLC FOR RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362 TO TERMINATE LEASE OF CERTAIN NONRESIDENTIAL REAL PROPERTY AND OBTAIN POSSESSION OF PREMISES**

AND NOW, this 13th day of May 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney Douglas R. Roeder, Esquire, and requests that Trustee's Objection to Consent Order Resolving Motion of College Square Development, LLC for Relief from the Automatic Stay of 11 U.S.C. § 362 to Terminate Lease of Certain Nonresidential Real Property and Obtain Possession of Premises filed on or about May 7, 2025, be withdrawn as Trustee's concerns have been resolved.

                    Respectfully submitted:

                    Jack N. Zaharopoulos
                    Standing Chapter 13 Trustee
                    8125 Adams Drive, Suite A
                    Hummelstown, PA 17036
                    (717) 566-6097

        BY:    /s/ Douglas R. Roeder, Esquire
               Attorney for Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    KRZYSZTOF SONTAG
          and
          PATRICIA SONTAG
                                        Case No.1:23-00465-HWV
          Debtors                       Chapter 13

_____

COLLEGE SQUARE DEVELOPMENT, LLC

          Movant

     v.

KRZYZTOF SONTAG

          Respondent

## CERTIFICATE OF SERVICE

     I certify that I am more than 18 years of age and that on May 13, 2025, I served a copy of this Withdrawal of Objection on the following parties from Hummelstown, PA, unless served electronically:

### SERVED ELECTRONICALLY:
United States Trustee
1501 North 6th Street
P.O. Box 302
Harrisburg, PA 17102

Gary J. Imblum, Esquire
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

Kate Deringer Sallie, Esquire
Pillar Aught, LLC
4201 East Park Circle
Harrisburg, PA 17111

                              /s/ Derek M. Strouphauer, Paralegal
                              Office of Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee