## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| KRZYSZTOF SONTAG and PATRICIA SONTAG | Case No. 1:23-bk-00465-HWV<br>Chapter 13 |
| Debtors | |
| COLLEGE SQUARE DEVELOPMENT, LLC | |
| Movant | |
| v. | |
| KRZYSZTOF SONTAG | |
| Respondent | |

# **O R D E R**

UPON CONSIDERATION of the Consent Order Resolving Motion of College Square Development, LLC for Relief from the Automatic Stay of 11 U.S.C. § 362 to Terminate Lease of Certain Nonresidential Real Property and Obtain Possession of Premises (the "Stipulation") filed by the parties, with the concurrence of the Chapter 13 Trustee, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Stipulation is approved.