

1001 G Street NW
Suite 1100
Washington, DC 20001
www.pilieromazza.com

**Jessica A. duHoffmann**
jduhoffman@pilieromazza.com
202.857.1000

June 19, 2025

Krysztof Sontag
119 Little John Court
Hanover, PA 17331

c/o:

VIA ELECTRONIC MAIL (gary.imblum@imblumlaw.com)
Gary J. Imblum, Esq.
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

Re: **NOTICE OF EVENT OF DEFAULT/DEMAND**
**Lease:** Lease Agreement between Landlord and Tenant, July 9, 1997 (and subject to Modifications)
**Landlord**: College Square Development, LLC
**Tenant**: Krysztof Sontag (t/a "Krysztof's Barber Shop")
**Leased Premises**: #118 – College Square Shopping Center, 444 WMC Drive, Westminster, MD 21157

Dear Mr. Sontag:

Please be advised that this firm represents Landlord in connection with the above-referenced Leased Premises.[1]

Please accept this written notice of an Event of Default, as defined by and pursuant the Consent Order Resolving Motion of College Square Development, LLC for Relief from Automatic Stay of 11 U.S.C. § 362 to Terminate Lease of Certain Nonresidential Real Property and Obtain Possession of Premises ("Order"), which was approved by the United States Bankruptcy Court for the Middle District of Pennsylvania on or about May 21, 2025 (Case No. 1:23-bk-00465-

---

[1] Unless otherwise stated, capitalized terms shall have the same meaning as stated in the above-referenced Lease.

{00088104 }



HWV). Tenant has failed to pay amounts as and when due under the Order and Lease. An unpaid balance of (post-petition) Rent remains due and unpaid in the sum of $20,146.49. Should this default not be cured within ten (10) days, Landlord will, *inter alia,* exercise its option to recover possession of the Premises and commence attendant legal proceedings.

Landlord reserves all rights under the Lease and law.

Should you have any questions regarding this matter, please do not hesitate to telephone me.

Best regards,

Jessica A. duHoffmann

Cc: (VIA ELECTRONIC MAIL)
Landlord c/o Ray Keil
Ms. Patricia Jefferson, Esq.