IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| KRZYSZTOF SONTAG | : | CASE NO. 1:23-bk-00465-HWV |
| aka DRYSZTOF C. SONTAG | : | |
| aka KRYSZTOF C. SONTAG SR | : | CHAPTER 13 |
| PATRICIA ANN SONTAG | : | |
| aka PATRICIA A. SONTAG | : | |
| Debtors | : | |

### DEBTORS' CONSENT TO APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Krzysztof Sontag, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Third Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

*Krzysztof Sontag*
**Krzysztof Sontag**

I, Patricia Ann Sontag, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Third Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

*Patricia Ann Sontag*
**Patricia Ann Sontag**

**DATE:** 07/11/2025