United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00465-HWV |
| Krzysztof Sontag | Chapter 13 |
| Patricia Ann Sontag | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Aug 08, 2025     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Krzysztof Sontag, Patricia Ann Sontag, 35 Anthony Avenue, Hanover, PA 17331-8517

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:

**Name**     **Email Address**

David W. Park
    on behalf of Creditor Belco Community Credit Union dpark@riceparklaw.com khelman@riceparklaw.com

Denise E. Carlon
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION AS TRUSTEE MASTR ALTERNATIVE LOAN TRUST 2003-8 MORTGAGE PASS THROUGH CERTIFICATES SERIES 2003-8 bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Gary J Imblum
    on behalf of Debtor 2 Patricia Ann Sontag gary.imblum@imblumlaw.com
    gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum
    on behalf of Debtor 1 Krzysztof Sontag gary.imblum@imblumlaw.com
    gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info

ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Kathryn D Sallie

on behalf of Creditor College Square Development LLC ksallie@pillaraught.com, tlaughead@pillaraught.com

Keri P Ebeck

on behalf of Creditor WBL SPO II LLC kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P Ebeck

on behalf of Creditor WBL SPO II  LLC kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Matthew K. Fissel

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION AS TRUSTEE MASTR ALTERNATIVE LOAN TRUST 2003-8 MORTGAGE PASS THROUGH CERTIFICATES SERIES 2003-8 bkgroup@kmllawgroup.com  wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
KRZYSZTOF SONTAG
aka DRYSZTOF C. SONTAG
aka KRYSZTOF C. SONTAG SR
PATRICIA ANN SONTAG
aka PATRICIA A. SONTAG
    Debtors

CASE NO. 1:23-bk-00465-HWV

CHAPTER 13

## ORDER OF COURT
## PERMITTING THIRD APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Third Application of Attorney for Chapter 13 Debtors for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtors in the above matter, Doc. 123, and no objections having been filed, it is

**ORDERED** that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $5,404.00 for fees and $51.72 for costs, for a net amount due of $5,455.72 for the time period of December 11, 2024 through July 10, 2025.

Counsel agrees to waive any portion of the fees requested in the Fee Application to the extent same underfunds Debtors' Plan.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 8, 2025