United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Krzysztof Sontag  
Patricia Ann Sontag  
    Debtors

Case No. 23-00465-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Oct 23, 2025      Form ID: ordsmiss      Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Krzysztof Sontag, Patricia Ann Sontag, 35 Anthony Avenue, Hanover, PA 17331-8517 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| aty | + | Patricia B. Jefferson, Miles & Stockbridge, P.C., 100 Light Street, 5th Floor, Baltimore, MD 21202-1153 |
| cr | + | WBL SPO II LLC, c/o Jessica M. Gulash, Esq., 450 N. Narberth Avenue, Suite 200, Narberth, PA 19072-1822 |
| 5525683 | + | College Square Development LLC, 2328 W Joppa Rd, Ste 200, Lutherville Timonium, MD 21093-4674 |
| 5525687 | + | Corporate Turnaround, 95 N State Rt 17, Suite 310, Paramus, NJ 07652-2626 |
| 5525690 | + | GGCAL RSC LLC, 3904 BOSTON STREET, BALTIMORE , MD 21224-5797 |
| 5525693 | + | LUNDY BELDECOS & MILBY PC, 450 N Narberth Ave, Ste 200, Narberth, PA 19072-1822 |
| 5525696 | | Marek Sontag, 5132 Wagon Shed Circle, Unit 5132, Owings Mills, MD 21117-6337 |
| 5533739 | + | Merchant Capital Group LLC, dba Greenbox Capital, Sprechman and Fisher, PA, 2775 Sunny Isles Blvd., Suite 100, Miami, FL 33160-4078 |
| 5525704 | + | SAGAL FILBERT QUASNEY & BETTEN PA, 600 Washington Ave #300, Towson, MD 21204-3916 |
| 5536567 | + | Samuel Blibaum Esquire, BLIBAUM & ASSOC P.A., 40 York Rd Ste 300, Towson MD 21204-5266 |
| 5536566 | | USB Payment Processing NE Inc, 8501 Lasalle Rd, Ste 300, Towson MD 21286 |
| 5617267 | + | WBL SPO II LLC, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9 th Floor, Pittsburgh, PA 15219-4430, Attn: Keri P. Ebeck |
| 5527205 | + | WBL SPO II, LLC, c/o Jessica M. Gulash, Esquire, 450 N. Narberth Avenue, Suite 200, Narberth, PA 19072-1822 |
| 5525709 | + | WBL SPO II, LLC, c/o Digiscribe, 150 Clearbrook Rd. Ste 125, Elmsford, NY 10523-1147 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: PHINAMERI.COM | Oct 23 2025 22:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P.O. Box 99605, Arlington, TX 76096-9605 |
| cr | | Email/Text: collectionsbankruptcy@belco.org | Oct 23 2025 18:38:00 | Belco Community Credit Union, 449 Eisenhower Blvd., Harrisburg, PA 17111 |
| cr | + | EDI: PRA.COM | Oct 23 2025 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Oct 23 2025 18:38:00 | WBL SPO II, LLC, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 5531032 | | EDI: PHINAMERI.COM | Oct 23 2025 22:40:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5525679 | + | EDI: PHINAMERI.COM | Oct 23 2025 22:40:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 5525680 | | Email/Text: collectionsbankruptcy@belco.org | Oct 23 2025 18:38:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5525686 | | Email/Text: cfcbackoffice@contfinco.com | Oct 23 2025 18:38:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5525681 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 23 2025 18:38:31 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5525682 | + | EDI: CAPITALONE.COM | Oct 23 2025 22:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5534850 | | EDI: CAPITALONE.COM | Oct 23 2025 22:40:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5525684 | + | EDI: WFNNB.COM | Oct 23 2025 22:40:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5525685 | | EDI: WFNNB.COM | Oct 23 2025 22:40:00 | Commenity Bank, PO Box 659728, San Antonio, TX 78265 |
| 5525688 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 23 2025 18:41:23 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5527254 | | EDI: DISCOVER | Oct 23 2025 22:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5525689 | + | EDI: DISCOVER | Oct 23 2025 22:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5525691 | + | EDI: LCIICSYSTEM | Oct 23 2025 22:40:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 5525677 | | EDI: IRS.COM | Oct 23 2025 22:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5525692 | + | EDI: CAPITALONE.COM | Oct 23 2025 22:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5525694 | ^ | MEBN | Oct 23 2025 18:36:07 | LVNV Funding, c/o Patenaude & Felix, A.P.C., 2400 Ansys Drive, Ste 402-B, Canonsburg, PA 15317-0403 |
| 5525695 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2025 18:41:31 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 5528463 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2025 18:41:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5534861 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 23 2025 18:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5525697 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 23 2025 18:38:00 | Midland Credit Mgmt, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5525698 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 23 2025 18:38:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5525678 | | EDI: PENNDEPTREV | Oct 23 2025 22:40:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5525700 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 23 2025 18:38:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 5525701 | | EDI: PRA.COM | Oct 23 2025 22:40:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5531028 | | EDI: PRA.COM | Oct 23 2025 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5525699 | ^ | MEBN | Oct 23 2025 18:36:07 | Patenaude & Felix, APC, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5525702 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 23 2025 18:38:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 5527283 | | EDI: Q3G.COM | Oct 23 2025 22:40:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |

| | | | | |
|---|---|---|---|---|
| 5532852 | | EDI: Q3G.COM | Oct 23 2025 22:40:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5525703 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2025 18:41:30 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5525705 | + | EDI: AISTMBL.COM | Oct 23 2025 22:40:00 | Sprint, PO Box 8077, London, KY 40742-8077 |
| 5525847 | + | EDI: PRA.COM | Oct 23 2025 22:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5525706 | + | EDI: SYNC | Oct 23 2025 22:40:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5525707 | + | EDI: SYNC | Oct 23 2025 22:40:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5541236 | + | Email/Text: Bankruptcy.Notices@pnc.com | Oct 23 2025 18:38:00 | U.S. Bank National Association as Trustee, c/o PNC Bank, N.A., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg OH 45342-5421 |
| 5525708 | | Email/Text: bankruptcies@uplift.com | Oct 23 2025 18:38:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Park | on behalf of Creditor Belco Community Credit Union dpark@riceparklaw.com khelman@riceparklaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION AS TRUSTEE MASTR ALTERNATIVE LOAN TRUST 2003-8 MORTGAGE PASS THROUGH CERTIFICATES SERIES 2003-8 bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 2 Patricia Ann Sontag gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | |

| | |
|---|---|
| | on behalf of Debtor 1 Krzysztof Sontag gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kathryn D Sallie | on behalf of Creditor College Square Development  LLC ksallie@pillaraught.com, tlaughead@pillaraught.com |
| Keri P Ebeck | on behalf of Creditor WBL SPO II  LLC kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Keri P Ebeck | on behalf of Creditor WBL SPO II LLC kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION AS TRUSTEE MASTR ALTERNATIVE LOAN TRUST 2003-8 MORTGAGE PASS THROUGH CERTIFICATES SERIES 2003-8 bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Krzysztof Sontag,<br>aka Drysztof C Sontag, aka Krysztof C Sontag Sr, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:23−bk−00465−HWV |
| Patricia Ann Sontag,<br>aka Patricia A Sontag, | | |
| **Debtor 2** | | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 23, 2025

ordsmiss (05/18)